## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA, PENSACOLA DIVISION

**FIDELITY AND DEPOSIT COMPANY OF MARYLAND**,

    Plaintiff,

v.

**RUPERT EARL PHILLIPS; GREEN ENERGY CONTRACTING, LLC; GREEN ENERGY DEVELOPMENT GROUP, LLC; PHILLIPS CAPITAL PARTNERS, INC.; R & S PHILLIPS, LLC; and R & S PHILLIPS FAMILY PARTNERSHIP, LTD,**

    Defendants.

_____/

**Case No.:** 3:22-cv-1269

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**COME NOW**, Plaintiff, Fidelity and Deposit Company of Maryland ("F&D") and Defendants, Rupert Earl Phillips, Green Energy Contracting, LLC, Green Energy Development Group, LLC, Phillips Capital Partners, Inc. R & S Phillips, LLC, and R & S Phillips Family Partnership, LTD (collectively, "Defendants"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A(ii) and file this Joint Stipulation for Voluntary Dismissal without Prejudice of the above-styled action and state as follows:

1.      Plaintiff acknowledges that Defendants have made payment to Plaintiff for the amount demanded pursuant to General Indemnity Agreement that Defendants executed in favor of Plaintiff on or about February 17, 2014 ("GIA") to reimburse Plaintiff for its Loss, as defined in the GIA, incurred through the date of this Stipulation on account of having issued the payment and performance bonds naming Green Energy Contracting, LLC, as principal and Hensel Phelps Construction Co. as obligee on the construction project commonly referred to as Navy Federal Credit Union – Phase 1.

2.      Plaintiff and Defendants stipulate that this action is hereby dismissed without prejudice to any claims and defenses alleged or which could have been alleged; and that no party to this action shall seek relief pursuant to Rules 54.1 or 54.2 of the Local Rules of this Court.

Dated: June 15, 2022.

Respectfully submitted,

**GURLEY & ASSOCIATES**

**CLARK PARTINGTON**

*/s/     Michael A. Fant*

David E. Gurley (Fla. Bar:  0402214)
dgurley@gurleyassociates.com
Michael A. Fant (Fla. Bar: 0100713)
mfant@gurleyassociates.com
601 S. Osprey Avenue
Sarasota, FL  34236
Telephone:  941-365-4501
Facsimile:   941-365-2916
e-service@gurleyassociates.com

*Counsel for Plaintiff, Fidelity and
Deposit Company of Maryland*

*/s/ Bruce D. Partington*

BRUCE D. PARTINGTON
Florida Bar Number: 871508
bpartington@clarkpartington.com
CLARK PARTINGTON
125 East Intendencia Street, 4th Floor
Pensacola, FL 32502
Phone: (850) 434-9200
Fax: (850) 432-7340

*Counsel for Rupert Earl Phillips,
Green Energy Contracting, LLC,
Green Energy Development Group,
LLC, Phillips Capital Partners, Inc. R
& S Phillips, LLC, and R & S Phillips
Family Partnership, LTD*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the above-stated date a true and correct copy of the foregoing was served by filing with the Clerk of Court via the Court's CM/ECF system, which will send a notice of filing via e-mail to all counsel of record.

**GURLEY & ASSOCIATES**

*/s/      Michael A. Fant*
David E. Gurley (Fla. Bar:  0402214)
dgurley@gurleyassociates.com
Michael A. Fant (Fla. Bar: 0100713)
mfant@gurleyassociates.com
601 S. Osprey Avenue
Sarasota, FL  34236
Telephone:  941-365-4501
Facsimile:   941-365-2916
e-service@gurleyassociates.com

*Counsel for Plaintiff, Fidelity and Deposit Company of Maryland*